**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

www.ganb.uscourts.gov

In Re:

**Rachel Shannon Cartwright**       Case No.: **10−89836−reb**
                                    Chapter: **13**
                                    Judge: **Robert Brizendine**

## *Notice of Deficient Filing*

The document(s) identified below were not filed with the bankruptcy petition. You are hereby notified that the documents must be filed with the Court within the time frame specified below. **Failure to file may result in the dismissal of your bankruptcy case.**

**To be filed Within Seven (7) Days** | **To be filed Within Thirty (30) days**
**From the Date of Filing of the Petition:** | **From the Date of Filing of the Petition**
N/A | N/A

**To be filed within Seven (7) Days**
**From the Date of Filing of the Petition**
N/A

**To be Filed Within Fourteen (14) Days From the Date of Filing of the Petition**

Chapter 13 Plan, complete with signatures

Certificate of Credit Counseling

Pay Advices: Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the debtor did not receive pay stubs from any employer and was either Unemployed, self−employed or other explanation.

Dated: 10/6/10                              M. Regina Thomas
                                            Clerk of Court

Form 430                                    By: Matthew Thompson
                                                Deputy Clerk